```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                DOC #:_____
SOUTHERN DISTRICT OF NEW YORK               DATE FILED: 8/1/2018
------------------------------------------------------------X
                                            :
PHILLIP SULLIVAN JR.,                       :
                                            :
                        Plaintiff,          :   18 Civ. 2096 (PAE)
                                            :
            -v-                             :   ORDER
                                            :
BRYANT UNIVERSITY,                          :
                        Defendant.          :
                                            :
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

  The Court having been advised by the parties that all claims asserted herein have been settled in principle, Dkt. 18, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

  To be clear, any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

  The Clerk of Court is respectfully directed to close this case.

  SO ORDERED.

1

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 1, 2018
       New York, New York